IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| YASIN COX, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. CIV-23-502-D |
| | ) |
| U.S. ATTORNEY RANDALL MCCARTHY, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

Upon review of the file and noting no timely objection to the findings and recommendations of United States Magistrate Judge Suzanne Mitchell pursuant to 28 U.S.C. § 636(b)(1), the Court adopts the Report and Recommendation [Doc. No. 4], in its entirety.

For the reasons stated therein, Petitioner's Motion to Proceed *in forma pauperis* [Doc. No. 2] is **DENIED.** If Petitioner's filing fee is not received by the Clerk of the Court on or before September 18, 2023, this action will be dismissed without prejudice.

**IT IS SO ORDERED** this 28th day of August, 2023.

_____
TIMOTHY D. DeGIUSTI
Chief United States District Judge